Louis W. HEREFORD, Appellant,

v.

The STATE of Texas, Appellee.

No. 28856.

Court of Criminal Appeals of Texas.

Feb. 27, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $75.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

---

J. D. LANKFORD, Appellant,

v.

The STATE of Texas, Appellee.

No. 28851.

Court of Criminal Appeals of Texas.

Feb. 27, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Driving, while intoxicated, a motor vehicle upon a public highway is the offense, with punishment assessed at thirty days in jail and a fine of $350.

The record is before us without a statement of facts or bills of exception. Nothing is presented for consideration.

The judgment is affirmed.